



# MEMORANDUM OPINION

No. 04-10-00153-CR

Jayson **DE ALVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008 CR4915
Honorable Catherine Torres Stahl, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed: March 3, 2010

DISMISSED

Jayson De Alva filed a notice of appeal seeking to appeal from a sentence imposed on November 19, 2008. The judgment was in accordance with De Alva's plea bargain agreement, and the record does not contain a trial court's certification showing De Alva has the right of appeal. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH